Nos. 514 and 515. MEYER, ADMINISTRATOR, ET AL. *v.* UNITED STATES. November 25, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Sev-

enth Circuit denied. *Messrs. Ford W. Thompson* and *Henry Davis* for petitioners. *Solicitor General Biddle* for the United States.